# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202



Receipt # 110907724
$2.79  10/14/2010
dlw

Attn: Rachel Curtin, Administrative Manager

Re: GLINES, Robert H./Case No.: 08-22333
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.79. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds". * ~~I have made a diligent effort to locate the claimant for said funds and have been unable to locate the claimant~~.

Claimant  Department of Treasury    Amount $  2.79  Claim Register #  3U

_____
DOUGLAS J. LUSTIG
Trustee

* Pursuant to FRBP 3010 dividends less than $5.00 are required to be paid to the U.S. Bankruptcy Court



FILED
OCT 14 2010
BANKRUPTCY COURT
BUFFALO, NY

1600 Crossroads Building
Rochester, NY 14614-1397
585 232 3730
www.chamberlaindamanda.com